NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-0941

STATE OF LOUISIANA

VERSUS

TONY POLLARD

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-K3604-B
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

AFFIRMED AND REMANDED WITH INSTRUCTIONS.
MOTION TO WITHDRAW GRANTED.

Earl B. Taylor
District Attorney
27th Judicial District Court
P. O. Drawer 1968
Opelousas, LA 70571-1968
(337) 948-3041
Counsel for Appellee:
    State of Louisiana

Edward K. Bauman

**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
        **Tony Pollard**

**Tony Pollard**
**In Proper Person**
**Louisiana State Penitentiary**
**Camp-C Bear-3**
**Angola, LA 70712**